UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

       - v. -

HUGO SANCHEZ SONANES,
           Defendant.

- - - - - - - - - - - - - - - - - - - - x

:
:
:    **INDICTMENT**
:
:    06 Cr.
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**06CRIM0626**

## COUNT ONE

The Grand Jury charges:

1.   From at least on or about June 1, 2006, through on or about June 5, 2006, in the Southern District of New York and elsewhere, HUGO SANCHEZ SONANES, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that HUGO SANCHEZ SONANES, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

### Overt Acts

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

JUDGE LYNCH

a.    On or about June 5, 2006, HUGO SANCHEZ

SONANES, the defendant, entered a restaurant located at 10th

Avenue and 34th Street in Manhattan, New York.

(Title 21, United States Code, Section 846.)


_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**HUGO SANCHEZ SONANES,**
**Defendant.**

**INDICTMENT**

06 Cr.

Title 21, United States Code, Sections
812, 841(a)(1), 841(b)(1)(A), and 846.

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_Betty Bradley_
Foreperson.

July 26, 2006

Indictment filed
Case assigned to Judge Lynch.
Freeman, USMJ